■ GERI BAUER, Appellant, v BEEKMAN INTERNATIONAL CENTER LLC, Respondent. [1 NYS3d 808]—

Order, Supreme Court, New York County (George J. Silver,

J.), entered August 20, 2013, which, to the extent appealed from as limited by the briefs, granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, with costs.

While defendant sponsor sold a majority of the newly-constructed condominium's residential units, contrary to plaintiff unit owner's contention, it was not under an implied obligation to sell all of them. Plaintiff's reliance on *511 W. 232nd Owners Corp. v Jennifer Realty Co.* (98 NY2d 144, 154 [2002]), involving a cooperative conversion of a rent-stabilized building where the owner sold a minority of the shares and the pleading was upheld to the extent that it alleged an implied promise to sell "a sufficient number of shares," is misplaced. In any event, the motion court correctly found that defendant demonstrated its prima facie entitlement to judgment regarding the elements of condominium viability relied on by plaintiff, which tracked the language in *Jennifer Realty* but without elaboration, and plaintiff failed to raise an issue of fact in opposition.

In view of the foregoing, we need not address the other grounds urged for affirmance.

We have considered plaintiff's remaining contentions and find them unavailing. We deny defendant's request for sanctions on appeal, as we find them unwarranted. Concur—Tom, J.P., Renwick, Andrias and Richter, JJ. **[Prior Case History: 2013 NY Slip Op 51474(U).]**